# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | |
| JOSIAH SAMUEL PORTILLO | DOCKET NUMBER: 19-mj-43 |

I, legal intern Taylor Benninger, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Josiah Samuel PORTILLO did:

**Count 1:** Deprive any animal of necessary sustenance, drink, or shelter . . . [or] having the charge or custody of any animal, either as owner or otherwise, subject any animal to needless suffering, or inflict unnecessary cruelty upon the animal . . . or fail to provide the animal with proper food, drink, or shelter or protection from the weather in violation of 18 United States Code § 13; California Penal Code § 597(b)
**Maximum penalty: 1 year imprisonment and/or $20,000 fine**

**Count 2:** Fail to properly store food in violation of 36 Code of Federal Regulations § 2.10(d)
**Maximum penalty: 6 months imprisonment and/or a $5,000 fine**

I further state I am a legal intern and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 5, 2019, at approximately 9:54 p.m., Rangers Perrin Pring and Caleb Stefanovich were on foot patrol in the Huff Executive lot. Ranger Pring noticed that a black Hyundai Santa Fe parked in the Northwestern-most corner spot, smelled very bad. The rangers shined their flashlights into the vehicle.

Rangers observed an emaciated dog in the back seat. The dog's ribs were sunken in, his ilium bones protruded from his back, and his vertebra were clearly visible through his fur. The dog's eyes contained a milky mucus, and his tail and rear quarters were covered in feces. The dog moved slowly and listlessly and would not stand for more than 30 seconds. He gave little reaction to rangers' flashlights. Ranger Pring observed the dog trip while attempting to walk and almost fall.

Speedy Trial Act Applies: **Yes**                                    U.S. v. Josiah Samuel PORTILLO
Criminal Complaint

On the front seat of the vehicle, rangers saw layers of old and fresh dog feces and used pet urination pads. The vehicle was littered with cleaning wipes, food trash, and beverage containers.

In the back area of the vehicle, rangers saw tin food cans with bite marks that looked consistent with a dog attempting to chew into the container. Rangers observed uncooked lentils spilled in the back of the car and similar lentils in the feces in the front seat. Unused, half eaten tampons were strewn across the rear of the vehicle. There was an empty dog bowl in the vehicle, but no food or water was available for the dog.

Ranger Pring ran the vehicle's license plate and learned that the car was registered to Josiah Samuel PORTILLO. After trying and failing to locate PORTILLO, rangers towed his vehicle and impounded the dog.

Upon freeing the dog, rangers filled the dog bowl with water, which the dog immediately drank. Employees from the wildlife unit arrived with dry dog food, and the dog ate the entire bowl.

Later that day, PORTILLO appeared at the impound lot and asked for his car back. PORTILLO also asked about the dog, which he called Braum. PORTILLO stated he was not allowed to have a dog in housing, and that he had been keeping Braum in his car for roughly two months.

When asked about the condition in which Braum was found, PORTILLO claimed that, approximately a month ago, Braum had started rapidly losing weight. PORTILLO claimed that the vet in El Portal could not provide a medical diagnosis. PORTILLO was unable to give the name of the vet, and there is no practicing veterinarian in El Portal.

PORTILLO stated that Braum could not eat dry dog food without vomiting and claimed to feed him canned steak product, as recommended by the vet. Braum showed no signs of vomiting the multiple bowls of dry dog food provided by the rangers.

Ranger Pring researched weather conditions for the period that Braum reportedly lived in the car. The coolest recorded day in June 2019 in Yosemite Valley was 70 degrees (June 1) and the hottest days were 90 degrees (June 18 and 19). The high for July 5 was 90 degrees.

On the morning of July 6, 2019, Braum was fed again and transported to Valley Animal Hospital in Merced. Braum again did not throw up any of his food. The veterinarian in Merced evaluated Braum and concluded that he was extremely underweight and malnourished. The veterinarian further diagnosed Braum with dermatitis, a skin condition that he linked to the malnourishment, and with ear and eye problems. On the standard 1-9 scale that veterinarians use to evaluate dog health (where 1 is the lowest and 9 is the highest), Braum was evaluated at between a 2 and a 3.

The veterinarian found no evidence of a medical condition that would cause Braum to lose weight. The veterinarian expects Braum to recover from being underweight and from dermatitis

with consistent feeding. The veterinarian further expects Braum's eye and ear conditions to improve with treatment.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

7/18/19
Date

Taylor Benninger
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/18/19
Date

Honorable Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California